IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHNNY GRIFFIN, JR.**                                                                                    **PLAINTIFF**

v.                              Case No. 4:22-cv-00014 KGB

**PET SENSE, LLC, and CRESTVIEW
COMMERCIAL, LLC**                                                                                    **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 65). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, with each party to bear their own costs and attorney's fees.

It is so ordered this 16th day of April, 2024.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge